UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KIMBERLEY A. CONNELLY | ) | Case No. 06-14089 |
| d/b/a PRECIOUS MEMORIES, | ) | |
| | ) | Hon. SUSAN PIERSON SONDERBY |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE SUSAN PIERSON SONDERBY

NOW COMES JAY A. STEINBERG, Trustee herein, pursuant to 11 U.S.C. §330, and requests $731.76 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $2,927.05. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $731.76 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $0.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $731.76 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                    $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 18th day of December, 2007.

_____
SIGNATURE

35 EAST WACKER
SUITE 1550
CHICAGO, IL  60601-0000
ADDRESS