UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              ) Chapter 7
                                                    )
KIMBERLEY A. CONNELLY                               ) Case No. 06-14089
d/b/a PRECIOUS MEMORIES,                            )
                    Debtor.                         ) Hon. SUSAN PIERSON SONDERBY


**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DIRKSEN FEDERAL BUILDING, COURTROOM 642, 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

    On: **March 11, 2008**          Time: **10:30 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $2,927.05 |
    | Disbursements | $2.20 |
    | Net Cash Available for Distribution | $2,924.85 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JAY A. STEINBERG, TRUSTEE<br>*Trustee Compensation* | $0.00 | $731.76 | $0.00 |

5. No priority claims were filed.

6. Claims of general unsecured creditors totaling $584,204.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.38%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | EK Success, Ltd. | $6,911.87 | $25.95 |
| 3 | Gene Moskowitz, Esq., attorney for Washington Commons Morton Grove, Inc. | $73,919.01 | $277.49 |
| 4 | Target National Bank (fka Retailers National Bank) | $1,517.83 | $5.70 |
| 5 | Robert & Gwendolyn Connelly | $497,581.33 | $1,867.91 |
| 6 | American Express Bank FSB | $787.28 | $2.96 |
| 7 | Citibank (South Dakota), N.A. | $3,486.68 | $13.08 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. The Debtor has been discharged.

10. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Security Deposit with Capital Property Management | $4,500.00 |
| Bracelets, chains, rings | $300.00 |
| Hunting clothes | $200.00 |
| Counterclaim filed in Cathy Montello v Kimberly Connelly dba Precious Memories, Case No. 05 L 3016 | $3,361.67 |

| | |
|---|---:|
| 2002 Ford Expedition XLT subject to lien | $9,500.00 |
| Office furniture and supplies; computer/printer | $0.00 |
| Precious Memories inventory | $50,000.00 |
| 3 cats | $5.00 |

Dated: **January 16, 2008**             For the Court,

                    By:   **KENNETH S. GARDNER**
                           Kenneth S. Gardner
                           Clerk of the U.S. Bankruptcy Court
                           219 S. Dearborn St., 7th Floor
                           Chicago, IL 60604


Trustee:      Jay A. Steinberg, Trustee
Address:     35 East Wacker Suite 1550
             Chicago, IL 60601-0000
Phone No.:   (312) 832-4703