UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| KIMBERLEY A. CONNELLY | ) Case No. 06-14089 |
| d/b/a PRECIOUS MEMORIES, | ) |
| Debtor. | ) Hon. SUSAN PIERSON SONDERBY |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DIRKSEN FEDERAL BUILDING, COURTROOM 642, 219 S. DEARBORN STREET, CHICAGO, ILLINOIS 60604

    On: **March 11, 2008**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                  $2,927.05

    Disbursements                                                                 $2.20

    Net Cash Available for Distribution                                       $2,924.85

4. Applications for Chapter 7 fees and administrative expenses have been filedas follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JAY A. STEINBERG, TRUSTEE<br>*Trustee Compensation* | $0.00 | $731.76 | $0.00 |

5. No priority claims were filed.

6. Claims of general unsecured creditors totaling $584,204.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.38%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | EK Success, Ltd. | $6,911.87 | $25.95 |
| 3 | Gene Moskowitz, Esq., attorney for Washington Commons Morton Grove, Inc. | $73,919.01 | $277.49 |
| 4 | Target National Bank (fka Retailers National Bank) | $1,517.83 | $5.70 |
| 5 | Robert & Gwendolyn Connelly | $497,581.33 | $1,867.91 |
| 6 | American Express Bank FSB | $787.28 | $2.96 |
| 7 | Citibank (South Dakota), N.A. | $3,486.68 | $13.08 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. The Debtor has been discharged.

10. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Security Deposit with Capital Property Management | $4,500.00 |
| Bracelets, chains, rings | $300.00 |
| Hunting clothes | $200.00 |
| Counterclaim filed in Cathy Montello v Kimberly Connelly dba Precious Memories, Case No. 05 L 3016 | $3,361.67 |

Case 06-14089    Doc 25    Filed 01/16/08    Entered 01/18/08 23:54:06    Desc Imaged
Certificate of Service    Page 3 of 4

| | |
|---|---:|
| 2002 Ford Expedition XLT subject to lien | $9,500.00 |
| Office furniture and supplies; computer/printer | $0.00 |
| Precious Memories inventory | $50,000.00 |
| 3 cats | $5.00 |

Dated: **January 16, 2008**          For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn St., 7th Floor
Chicago, IL 60604

Trustee:     Jay A. Steinberg, Trustee
Address:     35 East Wacker Suite 1550
             Chicago, IL 60601-0000
Phone No.:   (312) 832-4703

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

Case 06-14089   Doc 25   Filed 01/16/08   Entered 01/18/08 23:54:06   Desc Imaged
                        Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Jan 16, 2008
Case: 06-14089                Form ID: pdf002          Total Served: 27

The following entities were served by first class mail on Jan 18, 2008.
 db          +Kimberley A. Connelly,    6427 Elm St.,    Morton Grove, IL 60053-2664
 aty         +Ronald Peterson,    Jenner & Block,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
 tr          +Jay A Steinberg, ESQ,    35 E. Wacker Drive, Suite 1550,    Chicago, IL 60601-2124
10989754     +AT&T,   Law Department,    225 W. Randolph,    Suite 27A,    Chicago, IL 60606-1838
10989753      American Express,    P.O. Box 360002,    Fort Lauderdale, FL 33336-0002
11221352      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10989755      Bank of America,    P.O. Box 60073,    City Of Industry, CA 91716-0073
10989756     +Capital City Mgmt. & Associates, Inc.,    7063 W. Belmont Ave.,    Chicago, IL 60634-4539
10989757     +Cathy Montello,    38325 Monarch Court,    Beach Park, IL 60087-1566
10989758      Citi Advantage Business,    P.O. Box 6309,    The Lakes, NV 88901-6309
11224465      Citibank ( South Dakota ) N.A.,    Exception Payment Processing,    P.O.  Box 6305,
               The Lakes, NV  88901-6305
10989759      Dodee Connelly,    c/o Robert P. Connelly,    6337 Elm St.,    Morton Grove, IL 60053-2610
10989760     +EK Success Ltd a Corporation,    Teller Levi & Silvertrust PC,    11 E Adams St #800,
               Chicago, IL 60603-6369
11041232     +EK Success Ltd.,    c/o Coface North America, Inc.,    PO Box 2102,    Cranbury, NJ 08512-0952
10989761     +Gene Moskowitz, Esq.,    Gene Moskowitz and Associates, Ltd.,    205 W. Wacker Dr., Suite 1600,
               Chicago, IL 60606-1441
10989762      Harris Bank,    P.O. Box 6201,    Carol Stream, IL 60197-6201
10989763     +Jeffrey S. Deutschman,    Phillip Risley,    Deutschman & Associates, P.C.,
               77 W. Washington Street,    Chicago, IL 60602-2801
10989764      MBNA America,    P.O. Box 15726,    Wilmington, DE 19886-5726
10989765      Memory Makers,    c/o F&W Publications,    3016 Solutions Center,    Chicago, IL 60677-3000
10989766     +NCO Financial Systems Inc.,    Re: Citibank Acct # xxxxxxxxxxxx0479,    507 Prudential Road,
               Horsham, PA 19044-2308
10989767      R.H. Donnelly,    8519 Innovation Way,    Chicago, IL 60682-0085
10989768      Robert & Gwendolyn Connelly,    6337 Elm St.,    Morton Grove, IL 60053-2610
10989769      Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
11133158     +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10989770     +Washington Commons (Morton Grove, IL),    c/o Capital Property Mgmt Assoc., Inc.,
               7063 W. Belmont Ave.,    Chicago, IL 60634-4539
10989771     +William E. Nelson, Esq.,    Teller, Levit & Silvertrust, P.C.,    11 East Adams Street, #800,
               Chicago, IL 60603-6369
10989772     +Zoovy, Inc.,    445 Marine View Ave., Suite 200,    Del Mar, CA 92014-3951

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2008**          **Signature:** *Joseph Speetjens*