UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Kimberley A. Connelly, | ) | Hon. Susan Pierson Sonderby |
| d/b/a Precious Memories, | | |
| | ) | |
| Debtor. | ) | Case No. 06-14089 |

**Trustee's Final Account
and
Application to Close Case and Discharge Trustee**

To:  The Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C.  Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated:  May 28, 2008

_____/s/_____
Jay A. Steinberg, Trustee

Jay A. Steinberg
35 E. Wacker Dr.  #1550
Chicago  IL  60601
312-832-4703

# Exhibit A

# Compensation Order

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )        Chapter 7
                                          )
KIMBERLEY A. CONNELLY                     )        Case No. 06-14089
d/b/a PRECIOUS MEMORIES,                  )
                      Debtor.             )        Hon. SUSAN PIERSON SONDERBY

**ORDER AWARDING FEES AND AUTHORIZING ABANDONMENT OF PROPERTY
PURSUANT TO FINAL REPORT AND ACCOUNT**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees
and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed
as follows:

1.    Jay A. Steinberg, Trustee - compensation        $731.76
2.    Jay A. Steinberg, Trustee - expenses            $0.00

              TOTAL                                   $731.76

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed
above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

IT IS FURTHER ORDERED that the Trustee's abandonment of the following
property is authorized and approved pursuant to 11 U.S.C. Section 554:

| Name of Property | Scheduled Value |
|---|---|
| Security Deposit with Capital Property Management | $4,500.00 |
| Bracelets, chains, rings | $300.00 |
| Hunting clothes | $200.00 |
| Counterclaim filed in Cathy Montello v Kimberly Connelly dba | $3,361.87 |
| Precious Memories, Case No. 05 L 3016 | |
| 2002 Ford Expedition XLT subject to lien | $9,500.00 |
| Office furniture and supplies; computer/printer | $0.00 |
| Precious Memories inventory | $50,000.00 |
| 3 cats | $5.00 |

DATED this ___12___ day of ___March 2008___

ENTERED: _____
              UNITED STATES BANKRUPTCY JUDGE

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KIMBERLEY A. CONNELLY | ) | Case No. 06-14089 |
| d/b/a PRECIOUS MEMORIES, | ) | |
| Debtor. | ) | Hon. SUSAN PIERSON SONDERBY |

## FINAL DISTRIBUTION REPORT

I, JAY A. STEINBERG, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $731.76 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,192.65 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $2,924.41 |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $731.76 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| ADMIN | Jay A. Steinberg, Trustee Trustee Compensation | $731.76 | $731.76 |
| | CLASS TOTALS | $731.76 | $731.76 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid pro-rata after costs of administration and priority claims are paid in full | $ 584,204.00 | 0.38% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 6 | American Express Bank FSB | $787.28 | $2.95 |
| 7 | Citibank ( South Dakota ), N.A. | $3,486.68 | $13.09 |
| 2 | EK Success, Ltd. | $6,911.87 | $25.94 |
| 3 | Gene Moskowitz, Esq., attorney for Washington Commons Morton Grove, Inc. | $73,919.01 | $277.43 |
| 5 | Robert & Gwendolyn Connelly | $497,581.33 | $1,867.54 |
| 4 | Target National Bank (fka Retailers National Bank) | $1,517.83 | $5.70 |
| | CLASS TOTALS | $584,204.00 | $2,192.65 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 3/12/08

# Exhibit C

# Form 2
# Estate Cash Receipts and Disbursements Record

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 06-14089 -SPS | |
| Case Name: | CONNELLY, KIMBERLEY A. | |
| | | |
| Taxpayer ID No: | *******2895 | |
| For Period Ending: | 05/14/08 | |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2613  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 11/22/06 | | KIMBERLY CONNELLY / PRECIOUS MEMORIES | LIQUIDATION OF BANK ACCOUNTS | | 2,683.95 | | 2,683.95 |
| | 1 | KIMBERLEY CONNELLY | Memo Amount:        250.00 LIQUIDATION OF BANK ACCOUNTS | 1129-000 | | | |
| | 2 | KIMBERLEY CONNELLY | Memo Amount:         31.09 LIQUIDATION OF BANK ACCOUNTS | 1129-000 | | | |
| | 3 | KIMBERLEY CONNELLY | Memo Amount:       2,402.86 LIQUIDATION OF BANK ACCOUNTS | 1129-000 | | | |
| C 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 0.29 | | 2,684.24 |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.27 | | 2,686.51 |
| C 01/18/07 | 15 | WORLDCOM VICTIM TRUST | REFUND | 1290-000 | 100.00 | | 2,786.51 |
| C 01/18/07 | 15 | AN INSURANCE STORE | PREMIUM REFUND | 1290-000 | 116.00 | | 2,902.51 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.35 | | 2,904.86 |
| * C 02/06/07 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-003 | | 2.31 | 2,902.55 |
| C 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.23 | | 2,904.78 |
| * C 03/07/07 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM | 2300-003 | | -2.31 | 2,907.09 |
| C 03/07/07 | 000302 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 2.20 | 2,904.89 |
| C 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.46 | | 2,907.35 |
| C 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.40 | | 2,909.75 |
| C 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.47 | | 2,912.22 |
| C 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.38 | | 2,914.60 |
| C 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.49 | | 2,917.09 |
| C 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.48 | | 2,919.57 |
| C 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 1.85 | | 2,921.42 |
| C 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 1.87 | | 2,923.29 |
| C 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 1.56 | | 2,924.85 |
| C 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 1.40 | | 2,926.25 |
| C 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 1.16 | | 2,927.41 |
| C 02/18/08 | 000303 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 3.70 | 2,923.71 |

LFORM2T4

Ver: 12.63

FORM 2                                                                                                      Page:   2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-14089 -SPS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | CONNELLY, KIMBERLEY A. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2613  BofA - Money Market Account |
| Taxpayer ID No: | *******2895 | | |
| For Period Ending: | 05/14/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 0.70 | | 2,924.41 |
| C   03/21/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.47 | | 2,924.88 |
| C t  03/21/08 | | Transfer to Acct #*******2236 | Final Posting Transfer | 9999-000 | | 2,924.88 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 2,683.95 | | | | | | |
| Memo Allocation Disbursements: | 0.00 | | | | | | |
| Memo Allocation Net: | 2,683.95 | | | | | | |

| Account  *******2613 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 3 | Deposits | 2,899.95 | 4 | Checks | 5.90 |
| | 17 | Interest Postings | 30.83 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 2,924.88 |
| | | Subtotal | $   2,930.78 | | Total | $   2,930.78 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $   2,930.78 | | | |

LFORM2T4                                                                                                    Ver: 12.63

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          06-14089 -SPS

Case Name:        CONNELLY, KIMBERLEY A.

Taxpayer ID No:   *******2895

For Period Ending: 05/14/08

Trustee Name:           JAY A. STEINBERG, TRUSTEE

Bank Name:              BANK OF AMERICA, N.A.

Account Number / CD #:  *******2236  BofA - Checking Account

Blanket Bond (per case limit):   $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  03/21/08 | | Transfer from Acct #*******2613 | Transfer In From MMA Account | 9999-000 | 2,924.88 | | 2,924.88 |
| C   03/21/08 | 003001 | JAY A. STEINBERG, TRUSTEE | TRUSTEE COMPENSATION | 2100-000 | | 731.76 | 2,193.12 |
| C   03/21/08 | 003002 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | UNSECURED CLAIM Account # | 7100-000 | | 2.95 | 2,190.17 |
| C   03/21/08 | 003003 | Citibank ( South Dakota ) N.A. Exception Payment Processing P.O.  Box 6305 The Lakes, NV  88901-6305 | UNSECURED CLAIM Account # | 7100-000 | | 13.09 | 2,177.08 |
| C   03/21/08 | 003004 | EK Success Ltd a Corporation Teller Levi & Silvertrust PC 11 E Adams St #800 Chicago, IL 60603 | UNSECURED CLAIM Account # | 7100-000 | | 25.94 | 2,151.14 |
| C   03/21/08 | 003005 | Gene Moskowitz, Esq.,  attorney for Washington Commons Morton Grove, Inc. Gene Moskowitz and Associates, Ltd. 205 W. Wacker Dr., Suite 1600 Chicago, IL 60606 | UNSECURED CLAIM | 7100-000 | | 277.43 | 1,873.71 |
| C   03/21/08 | 003006 | Robert & Gwendolyn Connelly 6337 Elm St. Morton Grove, IL 60053-2610 | UNSECURED CLAIM | 7100-000 | | 1,867.54 | 6.17 |
| C   03/21/08 | 003007 | Target National Bank (f.k.a. Retailers National Bank/ TARGET VISA c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | UNSECURED CLAIM Account # | 7100-000 | | 5.70 | 0.47 |
| C   04/23/08 | | interest  adj debit | interest debit adjustment | 1270-000 | | 0.47 | 0.00 |

LFORM2T4

Ver: 12.63

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

| Case No: | 06-14089 -SPS | | | | | |
| Case Name: | CONNELLY, KIMBERLEY A. | | | | | |

| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2236  BofA - Checking Account |

| Taxpayer ID No: | *******2895 |
| For Period Ending: | 05/14/08 |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

| | | | | |
|---|---|---|---|---|
| Account  *******2236 | Balance Forward | 0.00 | | |
| | 0 | Deposits | 0.00 | 7 | Checks | 2,924.41 |
| | 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 0.47 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ | 0.00 | | Total | $ | 2,924.88 |
| | 0 | Adjustments In | 0.00 | | |
| | 1 | Transfers In | 2,924.88 | | |
| | | Total | $ | 2,924.88 | | |

Memo Allocation Receipts:   0.00
Memo Allocation Disbursements:   0.00

Memo Allocation Net:   0.00

| Report Totals | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 3 | Deposits | 2,899.95 | 11 | Checks | 2,930.31 |
| 17 | Interest Postings | 30.83 | 1 | Adjustments Out | 0.47 |
| | | | 1 | Transfers Out | 2,924.88 |
| | Subtotal | $ | 2,930.78 | | Total | $ | 5,855.66 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 2,924.88 | | |
| | Total | $ | 5,855.66 | | Net Total Balance | $ | 0.00 |

Total Allocation Receipts:   2,683.95
Total Allocation Disbursements:   0.00

Total Memo Allocation Net:   2,683.95

LFORM2T4

Ver: 12.63